IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: Richard L. Andre, Sr. Chapter 13
Susan J. Andre,  Case No. 10-35246-mdm

       Debtors.
-----------------------------------------------------------------
Bank of America, N.A.,
       Appellant,

v.  Case No. 12-C-499

Richard L. Andre, Sr., et al.,

       Appellees.

ORDER GRANTING BANK OF AMERICA, N.A.'s
CONSENT MOTION TO STAY THE APPEAL

The Motion of Bank of America, N.A. to Stay the Appeal pending settlement is granted.

Appellant is to file a status report with the Court within the next 60 days if the case is not dismissed by that time.

Dated this   2nd   day of June, 2012.

                                BY THE COURT:

                                s/ William C. Griesbach
                                Honorable William C. Griesbach
                                District Court Judge